IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JUDY K. CONLEY,<br><br>                Defendant. | **4:19CR3068**<br><br>**ORDER** |

      On January 21, 2020, the court was notified that Defendant intended to enter a plea of guilty. The plea hearing was set for March 12, 2020, and on Defendant's motion stating additional time was needed for investigation and plea negotiations, was continued to March 25, 2020 and again to April 29, 2020.

      On March 18, 2020 due to the retirement of defendant's attorney, new counsel was appointed. On April 14, 2020 defendant's newly appointed counsel moved for a continuance stating she needed additional time to review discovery and confer with Defendant. Defendant now moves for an additional continuance of Defendant's plea hearing. (Filing No. 26).

      Based on the record before the court,

      IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 26), is granted.

2)     Defendant's change of plea hearing will be held before the undersigned magistrate judge in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska on July 30, 2020 at 10:00 a.m. If the plea hearing cannot be held on July 30, 2020 because the parties are still engaged in negotiations, the time set aside for the plea hearing will be used, instead, to set this case for trial. The defendant, defense counsel, and counsel for the government shall appear at the hearing.

3)     For the reasons stated by counsel in Defendant's motion, the Court finds that the ends of justice served by continuing Defendant's plea hearing outweigh the best interest of Defendant and the public in a

speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 29, 2020.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge